IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

ROY LEE HALL,                          )
                                       )
                   Petitioner,         )
                                       )
         vs.                           )          No. CIV-11-390-C
                                       )
JAMES EZELL,                           )
                                       )
                   Respondent.         )

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was

referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of

28 U.S.C. § 636(b)(1)(B).  Judge Roberts entered a Report and Recommendation on February

15, 2012, to which Petitioner has timely objected.  The Court therefore considers the matter

de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and

Recommendation and there is no purpose to be served in repeating them yet again.  In his

objection, Petitioner merely restates the conclusions and legal argument originally asserted,

and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, the petition for habeas corpus relief is denied.

IT IS SO ORDERED this 5th day of March, 2012.

ROBIN J. CAUTHRON
United States District Judge